IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY THOMPSON,                    )
                                   )
            Petitioner,            )          No. C 09-2995 CRB (PR)
                                   )
      vs.                          )          ORDER OF DISMISSAL
                                   )
PAUL COPENHAVER, Warden, et al.,   )
                                   )
            Respondent(s).         )
_____)

       Petitioner seeks relief from the execution of her federal sentence under 28

U.S.C. § 2241.  Specifically, she seeks a writ of habeas corpus compelling the

Federal Bureau of Prisons ("BOP") to exercise its discretion and place her in a

Community Corrections Center ("CCC") until her release date.

       Per order filed on January 22, 2010, the court noted that the petition for a

writ of habeas corpus appears moot because, subsequent to the filing of the

petition, the BOP  placed petitioner in a CCC until her release date of June 14,

2010.  The court ordered petitioner to show cause, within 15 days of this order,

why her petition for a writ of habeas corpus should not be dismissed as moot.

Petitioner did not.

       The petition for a writ of habeas corpus is DISMISSED as moot.  The

clerk shall enter judgment and close the file.

SO ORDERED.

DATED:  Feb. 23, 2010
                                   _____
                                   CHARLES R. BREYER
                                   United States District Judge

N:\pdf documents\2995thompson_1o.wpd