IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY THOMPSON,           )<br>                                              )<br>          Petitioner,            )<br>                                              )<br>     vs.                                 )<br>                                              )<br>PAUL COPENHAVER, Warden, et al., )<br>                                              )<br>          Respondent(s).        )<br>_____ ) | No. C 09-2995 CRB (PR)<br><br>ORDER OF DISMISSAL |

      Petitioner seeks relief from the execution of her federal sentence under 28 U.S.C. § 2241. Specifically, she seeks a writ of habeas corpus compelling the Federal Bureau of Prisons ("BOP") to exercise its discretion and place her in a Community Corrections Center ("CCC") until her release date.

      Per order filed on January 22, 2010, the court noted that the petition for a writ of habeas corpus appears moot because, subsequent to the filing of the petition, the BOP placed petitioner in a CCC until her release date of June 14, 2010. The court ordered petitioner to show cause, within 15 days of this order, why her petition for a writ of habeas corpus should not be dismissed as moot. Petitioner did not.

      The petition for a writ of habeas corpus is DISMISSED as moot. The clerk shall enter judgment and close the file.

SO ORDERED.

DATED:  Feb. 23, 2010

                                      CHARLES R. BREYER
                                      United States District Judge

N:\pdf documents\2995thompson_1o.wpd