UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NANCY THOMPSON,

        Plaintiff,

  v.

PAUL COPENHAVER et al,

        Defendant.

Case Number: CV09-02995 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nancy Thompson Reg. No. 11448-052
Satellite Prison Camp
5675 8th Street
Dublin, CA 94568

Dated: February 23, 2010

                                            Richard W. Wieking, Clerk

                                            By: Barbara Espinoza, Deputy Clerk